UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| TANGO MOTOR TRANSIT, INC. D/B/A TMT, INC. AND TANGO TRANSPORT, INC. | NUMBER: CV03-0536-S |
|---|---|
| VERSUS | JUDGE WALTER |
| APPALACHIAN LEASING SERVICES, INC., T & L TRANSPORTATION SERVICES, INC. AND ROGER HOOD, INDIVIDUALLY AND D/B/A T & L TRANSPORTATION SERVICES, INC. | MAGISTRATE JUDGE PAYNE |

### MOTION FOR CONTINUANCE OF HEARING ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

NOW INTO COURT, through undersigned counsel, come TANGO MOTOR TRANSIT, INC. and TANGO TRANSPORT, INC. ("plaintiffs"), which respectfully move this Court as follows:

1.

This action was originally filed in the Thirty Ninth Judicial District Court for the State of Louisiana, Parish of Red River. Defendant, Appalachian Leasing Services, Inc. ("ALS") removed this action to this Court.



2.

On March 28, 2003, ALS filed a motion to dismiss for lack of personal jurisdiction.

3.

On April 14, 2003, this Court granted plaintiffs' motion to continue the hearing on ALS' motion to dismiss and granted plaintiff until June 16, 2003 to respond to ALS' motion.

4.

On April 14, 2003, defendants T & L Transportation Services and Roger Hood, filed a motion to dismiss for lack of personal jurisdiction. That motion was set for hearing on June 23 and plaintiffs were given until April 30, 2003 to respond to T & L and Hood's motion.

5.

Plaintiffs desire to conduct discovery related to the issue of personal jurisdiction so that plaintiffs can adequately respond to T & L and Hood's motion to dismiss. Plaintiffs request that they be given until June 16, 2003 to respond to T & L and Hood's motion.

6.

Defendants do not oppose this motion.

WHEREFORE, plaintiffs pray that after due proceedings are had, this Honorable Court grant a continuance of plaintiff's deadline to respond to T & L and Hood's motion and for continuance of the hearing on said motion for a reasonable time such that plaintiffs can conduct discovery on the issue of personal jurisdiction.

_____
J. Todd Benson
Bar No. 23648

General Counsel
Tango Transport, Inc.
P.O. Box 218
Hall Summit, LA 71034
Telephone: (800) 368-0599
Telefax: (318) 932-5796

ATTORNEY FOR PLAINTIFFS,
TANGO MOTOR TRANSIT, INC.
D/B/A TMT, INC. AND TANGO
TRANSPORT, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Rudy J. Cerone, McGlinchey Stafford, PLLC, 643 Magazine St., New Orleans, LA 70130, counsel for defendant, Appalachian Leasing Services, Inc., and on David E. Lafargue, Lafargue & Lafargue, 313 N. Main Street, P.O. Box 277, Marksville, LA 71351, counsel for defendants, T & L Transportation Services, Inc. and Roger Hood, by ordinary U.S. mail, this 23rd day of April, 2003.

_____
J. Todd Benson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TANGO MOTOR TRANSIT, INC. D/B/A TMT, INC. AND TANGO TRANSPORT, INC. | NUMBER: CV03-0536-S |
| VERSUS | JUDGE WALTER |
| APPALACHIAN LEASING SERVICES, INC., T & L TRANSPORTATION SERVICES, INC. AND ROGER HOOD, INDIVIDUALLY AND D/B/A T & L TRANSPORTATION SERVICES, INC. | MAGISTRATE JUDGE PAYNE |

### CERTIFICATE OF CONFERENCE

I hereby certify that on the 23rd day of April, 2003, J. Todd Benson had a conference with Rudy Cerone, counsel for defendant Appalachian Leasing Services, Inc. and David Lafarge, counsel for defendants T & L Transportation Services, Inc. and Roger Hood, informing them of this filing and inquiring as to whether or not they opposed the filing of the Motion for Continuance of Hearing on Defendant's Motion to Dismiss and they advised that they do not object to the filing of same.

Hall Summit, Louisiana, this 23rd day of April, 2003.

_____
J. Todd Benson

1

RECEIVED
APR 2 4 2003
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TANGO MOTOR TRANSIT, INC. D/B/A TMT, INC. AND TANGO TRANSPORT, INC. | NUMBER: CV03-0536-S |
| VERSUS | JUDGE WALTER |
| APPALACHIAN LEASING SERVICES, INC., T & L TRANSPORTATION SERVICES, INC. AND ROGER HOOD, INDIVIDUALLY AND D/B/A T & L TRANSPORTATION SERVICES, INC. | MAGISTRATE JUDGE PAYNE |

## ORDER

CONSIDERING THE FOREGOING Motion for Continuance of Hearing on Defendants' Motion to Dismiss:

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED and the deadline for plaintiffs to respond to Defendants' Motion to Dismiss is reset for _____, 2003, with the motion to be reset for the next motion day thereafter.

Shreveport, Louisiana, this _____th day of April, 2003.

_____
MAGISTRATE JUDGE

1