```
                    U.S. DISTRICT COURT
                 WESTERN DISTRICT OF LOUISIANA
                           FILED
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SEP 09 2003

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

| | |
|---|---|
| TANGO MOTOR TRANSIT, INC., ET AL. | CIVIL ACTION NO. 03-0536 |
| versus | JUDGE WALTER |
| APPALACHIAN LEASING SERVICES, INC., ET AL. | MAGISTRATE JUDGE PAYNE |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motions to Dismiss (Docs. 6 & 11) are **GRANTED**, and all claims are **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 9th day of September 2003.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

JUDGMENT ENTERED
09/09/03
BY _____
COPY Benson
Cerone
Lafargue

